**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **VANCE SCOTT SENIOR** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-2375** |
| **WOODRUFF CAMUS, ET AL.** | **SECTION "G" (2)** |

# ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.[1] Accordingly,

**IT IS ORDERED** that Plaintiff Vance Scott Senior's official capacity claims against St. Charles Parish employees Woodruff Camus, Ken (also known as Eric) Lorio, Michael Albert, Marilyn Ross, Robert Raymond, Corey Oubre, and Orrin Marino and St. Charles Parish Sheriff's Office Deputies Jack Gilboy, Stephen Cantelli, Jason Guidry, Lane Haun, Huey Marcel, Ruche Marino, Don Murray, Brandon Oubre are **DISMISSED WITH PREJUDICE** for failure to state claims upon which relief can be granted.[2]

**IT IS FURTHER ORDERED** that Plaintiff's purported claims based on 18 U.S.C. §§ 241 and 242 and LA. REV. STAT. §§ 14:67, 14:134, and 14:134.4,[3] his Fifth Amendment due process

[1] The Magistrate Judge also granted Plaintiff leave to file an Amended Complaint within 21 days issuance of the Report and Recommendation to address certain pleading deficiencies identified in the Report and Recommendation. Plaintiff has not filed an Amended Complaint.

[2] *See* Rec. Doc. 4 at 8.

[3] *See id.* at 4–6.

claim,[4] civil RICO claim,[5] Fourteenth Amendment equal protection personal-capacity claims against Camus, Lorio, Albert, and Ross, claims against the St. Charles Parish Sheriff's Office and the Estate of Pierre Scott,[6] § 1983 claim against Judge Rochelle Champagne Fahrig of the 29th Judicial District in her personal capacity, and *Monell* claim against Jake's Towing Co. based on violation of the Fourteenth Amendment are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B) for being frivolous.

**IT IS FURTHER ORDERED** that Plaintiff's § 1983 claims against Judge Fahrig in her official capacity is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B) for being frivolous.

**IT IS FURTHER ORDERED** that Plaintiff's § 1983 claim against Keltric Lockett, personal-capacity claims based on violations of the Fourth and Fifth Amendments against Deputies Gilboy, Cantelli, Guidry, Haun, Marcel, Marino, Murray, and Oubre, § 1983 conspiracy claims against Jacobs and Camus, Lorio, Raymond, Oubre, Sheriff Champagne, Albert, Marino, and Ross in their respective personal capacity, and *Monell* claims against Sheriff Champagne in his official capacity, St. Charles Parish, St. Charles Parish Planning and Zoning, and Jake's Towing Co. based on violation of the Fourth Amendment are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B) for failure to state claims upon which relief can be granted.

New Orleans, Louisiana, this 20th day of November, 2026.

Nannette Jolivette Brown

**NANNETTE JOLIVETTE BROWN**
**UNITED STATES DISTRICT JUDGE**

---

[4] *See id.* at 11.

[5] *See id.* at 6–7.

[6] *See id.* at 8–9.